# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0778. NATHANIEL PAIGE v. THE STATE.**

In March 2013, Nathaniel Paige pleaded guilty to involuntary manslaughter and other crimes. The record contains no indication that he filed a direct appeal from his judgment of conviction. On October 18, 2013, Paige filed a pro se motion to modify his sentence. The trial court denied the motion on March 17, 2014. Four-and-a-half years later, Paige filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Paige filed a notice of appeal[1] on September 12, 2018, from an order denying his "motion to vacate void judgment." However, there is no such order in the record. Rather, the record contains only the denial of his motion to modify his sentence. The notice of appeal was untimely filed 1,640 days after entry of that order. Consequently, we lack jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] This appeal was transferred to this Court by the Georgia Supreme Court on September 23, 2019. See Case No. S20A0109.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/20/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*